**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | ) No. CR-03-57-T |
| | ) |
| **AARON TYRONE KENNEDY,** | ) |
| | ) |
| **defendant.** | ) |

### JUDGEMENT ORDER ON REVOCATION OF SUPERVISED RELEASE

This matter came on for hearing June 26, 2007, regarding an allegation the defendant violated conditions of supervised release. The United States was present by counsel, Wm. Lee Borden, Jr., Assistant United States Attorney, and the Defendant was present and represented by his attorney, Julia Summers, Assistant Federal Public Defender.

Based on the stipulation of the parties, the Court finds the Defendant violated the terms and conditions of his supervised release as specified by the Petition for Revocation filed by the United States Probation Office on May 19, 2006. Specifically, the Defendant violated his conditions of supervised release by attempting to rob the Credit Union Service Center located at 6312 East Reno, Midwest City, Ok on May 17, 2006, during which a customer was wounded during the exchange of gunfire between

defendant and a bank security guard.

**IT IS THEREFORE ORDERED** the Defendant's term of supervised release is revoked, and he is committed to the custody of the United States Bureau of Prisons for a term of twenty-four months (24) months which will be served concurrent with the sentence entered in CR 03-122-T but consecutive to the sentence entered in CR 06-138-T.  Upon defendant's release, he will not be required to serve an additional term of supervised release in this case (CR-03-57-T) because of the term of supervised release ordered in the sentence in CR-06-138-T.  Defendant is ordered to pay unpaid restitution in the amount of $529.00 and to pay the unpaid Special Assessment in the amount of $100.00.  It is requested that defendant be designated to FCI El Reno, if eligible.

Dated:   June 28, 2007


_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE